From: Leonard Charles Hicks #1916777
Eastham unit/TDCJ-ID
2665 Prison Road #1
Love Lady, Texas 75851

October 9, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 14 2015

Abel Acosta, Clerk

To: Abel Acosta, clerk
Texas court of criminal appeals.
Capitol Station
P.O Box 12308
Austin, Texas 78711

Re: Request for current status of Petition for Discretionary Review (PDR) Filed By my former Appellate Attorney.

Dear clerk:

On or about July 24, 2015, I received a letter from my former appellate attorney, Michael P. Fosher, stating that my direct appeal had been affirmed which was previously filed in the 14th Court of appeals. (See NO. 14-14-00263-CR).

Mr. Fosher also Stated that he filed me a Petition for Discretionary Review (PDR) with Your court. (Please see PD-0888-15). However, as of the date of this receipt, I have yet to hear anything from you, even including the date your court received my (PDR).

Therefore, Please notify me soon as to the court current status of the above mentioned (P.D.R).

Sincerely!
Sign: Leonard Hicks.
Leonard C. Hicks.